**DISMISS and Opinion Filed December 12, 2023**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-23-01170-CV

### IN THE INTEREST OF J.H., M.H., B.H., AND S.H., MINOR CHILDREN

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-56917-2018**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Goldstein
Opinion by Chief Justice Burns

Before the Court is appellant's notice of nonsuit that the Court construes as a

motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* TEX.

R. APP. P. 42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

231170F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF J.H., M.H., B.H., AND S.H., Minor Children

No. 05-23-01170-CV

On Appeal from the 417th Judicial District Court, Collin County, Texas
Trial Court Cause No. 417-56917-2018.
Opinion delivered by Chief Justice Burns. Justices Pedersen, III and Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Barry Harman recover his costs of this appeal from appellant Linda Harman.

Judgment entered December 12, 2023